**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald KIRKLAND, a/k/a Popcorn,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Mayso A. Lawrence, Jr., Defendant–**
**Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Martha Charice Cook, Defendant–**
**Appellant.**

**Nos. 01–6965, 01–7012, 01–7073.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 21, 2001.

Donald Kirkland, Mayso A. Lawrence, Jr., Martha Charice Cook, pro se. Andrea L. Smith, Office of the United States Attorney, Baltimore, MD; John Vincent Geise, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Appellants appeal from the district court's order denying their 18 U.S.C.A. § 3582 (West 2000) motions for reduced sentences. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *United States v. Kirkland; United States v. Lawrence; United States v. Cook,* No. CR–89–391–JFM (D.Md. May 30, 2001). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*